RECEIVED
MAY 13 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN W. JONES, SR. | CIVIL ACTION NO. 13-0119 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| TOWN OF WOODWORTH, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #3, is GRANTED and the case is remanded to the Louisiana Third Circuit Court of Appeal for further appellate proceedings.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___ day of May, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT